FEE PAID

FILED

Name: HA SON TRAN

Address: 4413 W OAKField AVE

SANTA-ANA CA 92703

Phone: 657-263-1392

Fax:

In Pro Per ✓

2022 NOV -7 AM 10: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EEE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

① HA SON TRAN
② ALL U.S.A VeTeRANS
③ ALL AMERICan people        Plaintiff

CASE NUMBER:

8:22-CV-02030-DOC-ADSx

v.

① MR: FORMER PResident Donald TRUMP
② WORLDWIDE CORPORATION
CORRUPT SYSTEM.        Defendant(s).

① google CORPORATION

② HEALTHCARE SYSTEM
+ Health INSURANCE CORPORATION

③ TOYOTA CORPORATION

MR: FORMER PResident Donald TRUMP SUPPORT WORLDWide CORPORATION
and They SUPPORT you and They CONTROL you lie Killing a lot more
and MORE VETERANS and MORE dangerous you lie To Killing all
american people, also you lie Killing american people menTAL Health
CRISES all OVER u.S.A 95% mostly Wrong blood MoNey.
MR: FORMER PResident Donald TRUMP in This case you also doing damaged
To ALL Human Right all around The WORLD.

MR: FORMER PResident Donald TRUMP in This case you very seriously
CRIME and CRIMINAL To ALL Human Rights, We all want you MUST BE
Stop continuing lie Run FOR PResident again, and you must stop Talking
about all political more dangerous For all Human Right.
MR: Donald TRUMP SERIOUSLY CRIME against TRUTH love of God give To ALL
Human Right, and God choose ME To STOP MR DONALD TRUMP continuing doing
This CRIME against ALL Human Rights.
in Thi case 100% nobody can not doing This Job, me TOO, God control ME
but We all standing TogETHER with This case fighting For The TRUTH To
PROTECT all AMERican PEOPLE and WORLDWide Human being Right and safely.

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 24847252

INS Registration No.: A 71 462 821

Personal description of holder as of date of naturalization:

Date of birth: SEPT. 23, 1970

Sex: MALE

Height: 5 feet 4 inches

Marital status: MARRIED

Country of former nationality: VIETNAM

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

(Complete and true signature of holder)



HA SON TRAN

Be it known that, pursuant to an application filed with the Attorney General

at: LOS ANGELES, CA

The Attorney General having found that:

HA SON TRAN

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

U.S. DISTRICT COURT
FOR THE CENTRAL DIST. OF CALIFORNIA

on:

at: MONTEBELLO, CA        SEPT. 17, 1999

that such person is admitted as a citizen of the United States of America.

Commissioner of Immigration and Naturalization

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

FORM N 550 REV. 6-'93

Mr. former president Donald trump.

My name is ha son Tran , Mr. Donald trump  When you were a president unites state of America I sent to you to many letter and I demonstrated at federal government building and I also demonstrated at Huntington beach pier California about 6 months that the long times, I told you google corporation, and healthcare system, Toyota corporation, they lie killing a lot American people including mental health they lie treated American people wrong crises all over USA you knew it but you never respond to me anything.

I saw on the TV Mr. Donald trump blame American people mental health for everything crime, drug, alcoholic.

I felt very sadly. Mr. Donald trump president united states of America you knew exactly 95% all American people mental health and homeless crisis all over USA they all a victim of big worldwide corporation corrupt system they failed to treated American people, Mr. Donald trump a president lies seriously dangerous to all American people, Mr. Donald trump not a president united states of America, you a seriously crime and criminal lies killing all American people.

Mr. Donald trump you understanding big worldwide corporation corrupt system they control all American people, Mr. Donald trump support them and they support you and they give to you a lot of dark money and they control you lie to killing all American people.

We all understanding big worldwide corporation corrupt system they control all American people, they don't know how to control all American people, they used medication to control all American people this is 100% very seriously dangerous and wrong terrible killing all American people.

1   they give mental medication isn't needed to American people and they forced American people take 3 times a day.
2   they injected extremely powerful to control all American people they don't care right or wrong but they 100% wrong seriously dangerous for all American people.
3   they give pain killer medication too much and too long for American people, their business they make a lot more and more money they don't want to lose their customer. they knew this medication very seriously dangerous and changes American people life, they don't care about American people their business all about lies and blood money killing American people.
4    they surgery American people and they overdose medication they came home after 3 months they became mental health.
5   They misdiagnosed American people or everybody complain to them did anything wrong they control google and all doctors and all pharmacy computer then they lie treated all people against them mental health then they lie killing all. they control google very professional blocking everything crime and criminal they did to all American people mostly nobody to know how terrible big worldwide corporation corrupt system they killing American people.

For all those medication poison American people brain, and damaged to American people brain injury, and killed American people brain became real mental health. When American people they became mental health their life threaten to them on everything , big worldwide corporation corrupt system they control all doctors and all pharmacy computer they give to American people mental health more and more medication getting worst and more worst , then they control all gangs member they sale drugs for

all American people mental health all over USA , then they control all media they said all kinds of dump and lies to all American people mental health then they lie blame to all American people mental for everything , this is terrible unbelievable lies and dangerous for all American people this case they doesn't who you are rich or poor they killing all of us lie and all about blood money .

How Donald trump lies killing a lot veterans and U.S military and all American people all over USA this is the worst history ever in this country Donald trump did seriously wrong because you support worldwide corporation corrupt system lie doing seriously wrong for USA.

All veterans and all U.S military all over USA they did hard job and dangerous to protect all American people and we all respect them. after their job done we all respect all of them welcome home, then all veterans they came home and they all think all company they will be help them get a better job that 100% true.

Because corporation they want to control all American people their responsibility for all veterans after they done their job to service this country they must be take care all veterans job for all of them.

No law Nobody control corporation, they make team work group 100% they don't want to hire any veterans and any U.S military reduce their benefit on everything they all about money they don't care any veterans or U.S military, Corporation 100% wrong.

Corporation corrupt system they make all veterans and all U.S military all over USA disappointed.

Corporation they own all (mental health hospital all over USA). they used google keep tracking all veterans and all U.S military if everybody against them and they lies and they control police  send all veterans and all U.S military to mental hospital and jail they injected extremely powerful to control all of them , then they give to all veterans and U.S military mental medication isn't needs 3 times a day , the more veterans and U.S military complain to them the more they give more and more medication they getting worst and more worst and later all medication they give to all veterans and U.S military isn't needed poison and killed all veterans and U.S military brain they became mental health , when the veterans and U.S military they became real mental health then the corporation they  lies blame to all veterans and U.S military crime and criminal and drugs and alcoholic and they said all kind of dump and lies  blame to veterans  and U.S military , they lie blame all American people mental health and later they all got killed at mental hospital and jail , no corporation 100% wrong we all blame to corporation because they control all American people Donald trump a leader support them .

Mr. Donald trump that what you lie to killing all veterans and all U.S military and all American people including mental health crisis all over USA.

Mr. Donald trump you seriously crime and criminal killing a lot veterans and U.S military and all American people including mental health crisis all over USA. you the worst man history ever see and Mr. Donald trump a traitor USA and against all human right.

Corporation attacked veterans and U.S military more than everybody else.

Other issue Mr. Donald trump I was complain to you Toyota corporation they make their vehicle unsafety ( huge ) they  damaged to a lot Americans driver and worldwide human rights , caused severe injury and  chronic pain to the drivers  , then Toyota corporation they control google corporation and healthcare system they lie and  abusing all drivers got hurting from Toyota vehicle unsafe faulty design ,

then they lie treated all driver mental health then they lie killing all driver , lie and all about blood money . those vehicle Toyota corporations they make still hurting a lot more and more American people and they still not repair anything.

Mr. Donald trump I knew you doesn't care what I said also you don't care about all American people. I saw on the TV you meeting with former prime minister Shinzo Abe. then you said to all American People Japanese government they will give to American 200.000 more job, that mean you doesn't care those Toyota vehicles unsafe they lie killing a lot more and more American people.

 Mr. Donald trump you seriously terrible wrong.

Toyota corporation they support you Mr. Donald trump and you support them they give to you a lot of dark money for your campaign and they control you lies for something else and don't care about American people. they knew you Mr. Donald trump lie very professional.

This worldwide corporation corrupt system too dangerous for all American people and we all not safe.

All mental hospital all over USA they called privacy 95% all their patient at mental hospital they all a victim of big worldwide corporation corrupt system they lie did something wrong to all American people then they lie treated all of American people mental health then they lie used medication killing all of them at mental hospital lie killing American people all about lie blood money very evil.

1) We all want privacy mental hospital all over USA must be closed.

2) we all want privacy prison must be closed too, stop continuing lie killing more human right.

The privacy mental hospital and privacy prison must be closed and control by federal government (100% safety and right) for all American people.

When Mr. barrack Obama he was a president he knew big worldwide corporation corrupt system go wrong very seriously dangerous for all American people then he wants to take control corporation.

You Mr. Donald trump don't want government control corporation then you attacked former president barrack Obama terrible then you blame Mr. barrack Obama for everything and you also attacked Mr. Barrack Obama communist and a lot of damaged thing you said to Mr. barrack Obama.

Mr. Donald trump when you became a president united states of America. the corporation they help your record and they lie rise up stock market and they make economic everything easily for you to run the USA, this is terrible lies and make USA more and more dangerous for all American people.

Mr. Donald trump you don't want to fix the corporation lies killing more and more American people, but you lie more dangerous to all American people and you Mr. Donald trump give to big worldwide corporation corrupt system more powerful to them lies killing more and more American people.

Mr. Donald trump this case you very seriously a crime and criminal killing all American people. you a blood American people money and you don't care about American people and you destroyed USA.

Mr. president joe Biden control USA about 2 years.

Mr. Donald trump blame to president joe Biden control USA make more crime all over USA and you lie blame to Mr. president joe Biden for a lot bad thing attacked him Mr. Donald trump 100% wrong and lie over and over again unbelievable wrong.

Mr. Donald trump your owner the casino and stock market you knew how to cheating people and lie dangerous to all American people about this job and you knew exactly how to control gangs and drugs and a lot of crime and criminal came from this job you very professional crime leaders. Mr. Donald trump want to hire more police to protect your crime and you more lie killing more American people.

More importantly you work for google and your friendship CEO google corporation they control all worldwide corporation corrupt system and they control all gang's member they sales drugs and they control all crime all over USA and all around the world google they knew everything. Mr. Donald trump you said government need to hire more police to protect the crime?

Mr. Donald trump you a crime and criminal and lie to yourself and your mouth very seriously more dangerous to all American people and worldwide human right, please stop continuing lie killing more and more American people including American people mental health crisis all over USA.

Mr. Donald trump the crime and criminal crisis all over USA you must blame yourself and you did seriously wrong to all American people, also you blame to worldwide corporation corrupt system that you support them they did wrong to all American people, also you blame google corporation that your friendship they did the crime against all American people and worldwide human rights. you said to all American people you save America?

No 100% Mr. Donald trump you seriously lie destroyed America and you lie destroyed U.S capital.

Mr. Donald trump 100% wrong and very seriously dangerous lie to all human rights, we all want you stop continuing lie more dangerous to all American people and you must be stop attacks on Mr. president joe Biden let him doing his job to protect all American people and worldwide human right.

Mr. president joe Biden don't want to hire more police and he want to hire more social worker to help all American people and Mr. president joe Biden 100% rights for all American people.

Let me list up worldwide corporation corrupt system give a lot of dark money support Mr. Donald trump and Mr. Donald trump support them continuing lie killing a lot more and more veterans and U.S military and all American people including mental health they lie treated American people crisis all over USA.

1) country Saudi Arabia corporation.
2) Country India corporation.
3) Country turkey corporation.
4) Country Russia start a war against all Ukrainian people from Mr. Donald trump mouth.
5) Country japan corporation.
6) Many more corporation all around the world.

Mr. Donald trump traitor all American people and worldwide human rights. We all want you stop run for president unites state of America Mr. Donald trump you not qualify. again Mr. Donald trump seriously crime and criminal to all American people and worldwide human rights.

Me and all veterans and U.S military all over USA and all American people including all American people mental health crisis all over USA we all standing together maker a big case sue Mr. Donald trump and worldwide corporation corrupt system must be stop continuing lie killing more and more Americans.

Please read my next page and I explain how terrible corporation continuing abuse me and Americans people. I Add more additional later and I explain how terrible big worldwide corporation corrupt system damaged to me disability following to me and abused me over and over again never stop abusing me .

Corporation they control police and all Doctor beat me up TERRible also poison Me Doing all kind of Dump and lie abuse TERRible over and over again and NEVER stop abusing Me.

11/05/2022

Dear: federal judge

I have a car accident on 04/23/2009 about 12 years ago other driver faulty hit into to my right front corner of my truck Toyota Tacoma years 2003 Toyota manufacture design the tire for this model are too big and they missing safety switch inside the column steering to protect the driver for any accident right or wrong the big tire easily got hit won't spin around twist the driver holding both arms on the steering wheel.

But for this model they make (unsafety) this case are huge.

Big right front tire of my truck got hit and forced extremely powerful steering wheel inside my truck spun around then twisted both of my arms caused my whole ( spine cord ) severely injury pain from my neck down to my lower back , my thoracic spine swollen up 9 inches long pulled 7 ribs on rights side of my thoracic spine leaving cracks and tear a lot muscle on my back also damaged to my lung  and make my whole right arm swollen up always feeling numbs and pain also crack on my left shoulder make my left arm always feeling numbs and pain . my whole back swollen very big you can feel your hand on my back you know right away, caused me too much painful always make me feeling fever never go away from me (chronic pain) every times I laying down to sleep press into my back swollen caused me feeling more terrible painful it very difficult to deal with this severe chronic pain every day.

Also twisted my lower back swollen up (L 5 s1) hurting to me too much day and night never go away from me (chronic pain) caused both of my legs swollen up always feeling numbs and pain I always used a walker roller help me to walks.

Toyota corporation they control google corporation and healthcare system and they control all doctor and pharmacy computer they forced every doctor threatening and harassing and abusing me. they control all doctor threaten to me very scared they told me they knew a lot gang's members they will killing me, they said all kind of dump and lies to me they abusing me over and over again every time I came to see a doctor and never stop abusing me. they make me feel very angry and I'm feeling very sadly because I have severe (chronic pain). I have to deal with every day it not easily, with all those doctors they lie and threaten to me it terrible and horrible wrong. doctor rank Christian at fountain valley hospital he lies and give to me extremely powerful injection he tried to killed my brain became real mental health and he sent me to mental health hospital at city costa mesa for 10 days, the injection they did to me make me sleep for 7 day and night my head I felt terrible and horrible they failed to killed my brain became real mental health.

They never stop abusing me because they control all doctor threaten to me they want lies treat me (mental health) they don't want everybody to know my physical severe chronic pain caused damaged from Toyota vehicle unsafety faulty designed. I'm not agree with them lies treat me

mental health that seriously wrong, that why they never stop abusing me and doing all kinds of dump and lies dangerous and crime against me over and over again.

I went to police Santa Ana PD 2 times I asked them please help me I'm a disability and handicap man I did not doing anything wrong every time I went to see every doctors they harassed me very seriously scared over and over again, please help me telling to all those doctor stop harass me.

But those police officer at Santa Ana police PD they said to me that nothing for them to stop those doctor stop harass me over and over again and I asked them if you told me nothing for you to stop all doctors harass me please give to me a letter it said I came here asked you help me stop a seriously crime and criminal against me I'm a disability and handicap man did not doing anything wrong that unacceptable.

But those police officer Santa Ana PD they told me they won't give to me nothing, I felled very disappoint and very sadly.

10/13/2013 about 12 police officer fountain valley PD they came to my house they told me I threatened to the doctor , I was explain to them all my history I'm a disability and handicap man I did not doing anything wrong those doctor lies and harassed to me very seriously scared me over and over again never stop lies harassed  me they want lies treat me mental health I'm not agree with them that seriously wrong please help me stop all doctor doing all kind of dump and lies harassed  me they are very seriously wrong .

Those police officer fountain valley PD they won't listen to me and they called to orange county social worker came to my house and they both lies to me and called ambulance came to my house they tighten both of my legs and my arms and they brought me into (UCI) mental hospital that they seriously lie to me and they abused me again. very scared me I'm not mental health and those police officer fountain valley PD lies sent me into UCI mental hospital all about lie.

They brought me into the room all door locked and looked very seriously scared all nurse and the staff they all harassed me and threaten to me very seriously scared.

Then the big men security he throws to me a hospital clothes and he told me changes all my clothes to the hospital clothes.

I said to him and I have severe (chronic pain) all my back swollen caused me too much of painful always make me feeling fever and I always keep my jacket and all my clothes keep my body warm I felt less pain, in this room too cold if I changes my clothes to the hospital clothes it will be make my pain feeling more terrible.

The big man security he asked to me 3 times changes all my clothes to the hospital clothes, I was explaining to him 3 times same store again.

2

The big man security he got very angry to me and he told me if I did not change all my clothes to the hospital clothes he will call his friends they came over and they will be take me down and they will be changes my clothes.

I have no choice changes my jacket and my clothes to the hospital clothes, too cold in the room make my pain more terrible and I asked the big man please give all my clothes back I cannot deal with horrible painful, the big man doesn't want to talk to me anymore he took all my clothes and walk away from me and he doesn't care what I said.

I cannot deal with too much painful because inside that room too cold and make my pain and I felt more terrible and I laid down on the floor and I cry, then I think my 3 children if they see their daddy did not do anything wrong they damaged to daddy disability and they continuing abused daddy all kind of dump and terrible all lies to daddy all my children they will be cry with me (the evil corrupt system lies terrible wrong to human rights all about blood money unacceptable)

Then the big man security he called 3 more his friends came over throw me on the bed, and push me around and they twisted me and I was blackouts from the abused.

Then they wake me up at 2 o'clock a/m, I was blackout about 14 hrs. then I felt another pain all over my head back of my skull swollen, they locked up me at UCI mental hospital 3 day and release me.

I went to my family doctors medical group ( AMD ) DR Michael Dao but I see doctor vu hoang truong , I told him I have pain all over my head he saw my face swollen and I explain to him also make both of my eyes was dezee  and both of my ears pain , I told my doctor because they lies sent me into UCI mental hospital they abused me blackout for 14 hrs. and UCI they damaged to my head , my doctor he think I was kidding and I told him very seriously truth , then his office called to garden grove police department and report everything what happen to me how UCI mental hospital lies and beat me up and damaged to my head , then they give to me some medication it work for nothing I still have a lot of pain all over my head .

I went to memorial hospital I was report to them UCI mental hospital they abused me blackout for 14 hrs. and they damaged to my head then they did (cast scan) on my head they knew something damaged to my head but they won't give to me any report.

They give to me medication name (indomethacin) I take it but I felt nothing my head still swollen, then I changes to medical group (care more) and (saint joshed) and (Kaiser Permanente) group at city garden grove they give to me medication for my head pain (sumatriptan ) doesn't work they diagnoses me headaches R-51 , they injected back of my skull 2 times and my head still too much of pain .

Kaiser medical group they change another medication for my head pain (naproxen) this medication reduces my head swollen but still have a lot of pain all over my head chronic pain. I always feeling burn on top of my head both of my eyes always dezee and both ears always pain.

3

I went to Cal optima that name of ( government medical group at orange county California ) I
explain to them I have a car accident Toyota vehicle unsafety and damaged to my whole spinal
cord severe injury caused my whole body swollen up I have physical severe chronic pain they
control all doctor they want lies treat me mental health they don't want everybody to know my
physical severe chronic pain caused damaged from Toyota vehicle unsafe faulty design I'm not
agree with them lies treat me mental health that seriously lies and they  harassing to me  wrong
over and over again never stop harassing to me .

Those police office fountain valley PD and social worker of orange county they both lies work
together and they lie sent me into UCI mental hospital they lie abused me blackout at UCI
mental hospital and they damaged to my head.

Then the Cal optima they told me give to them 1 week they will be investigation (UCI mental
hospital)

 about a week later Cal optima they give to me a called back with a letter they were sent to me
and they all my information about (UCI) mental hospital abused me that truth they said this is
seriously crime and criminal.

but Cal optima they told me won't give to any information how they investigation (UCI) mental
hospital.

they told me if the courthouse request with all this information and they will be send this
information to the courthouse.

2) big corporation they control healthcare system they poison my medication at Kaiser medical
group at city (garden grove) 12/07/2019 I felt very strong heart attack a lot of blood pressure
pump up to my head and I felt almost blackout I knew if I go to the hospital they will be killing
me at the hospital I think if I dies and I will be dies at home and I prayed to God help me passed
the (evil) poison me.

Then next day I went back to Kaiser medical group at city ( garden grove ) I was report to my
family doctors the medication I took yesterday caused me terrible ( heart attack ) then they
took a tested on my heart and they diagnosed me ( palpitations ) they told I have go to
emergency for my heart attacks and they want take a blood tested on me , and I said to them I
knew they will be poison me more and I also said to them I knew if I go to emergency for my
heart attacks they will be killing me at the hospital I go home if I dies and I will be dies at home .

The next day's my mouth swollen and a lot red spot all over my body and make me
stomachache for 1 moth.

3) those police officer orange county they arrest me wrong I was explaining to them everything,
they all knew I'm a disability and handicap man I'm walked with a walker roller and they
checked all my body I don't have any weapon. and I hear on the police man he called to police
operator then they took all my information and I hear from other operator said take this man to

4

the jailed , then 2 police officer they brought me into Santa Ana jailed , they checked me on everything after that I asked to the man policer officer ( can you please give my hat back please ) and I told him I just went to emergency for my head pain about 4 days I need you please give my hat back to cover my head pain too cold make my head a lot more pain .

And the policeman I just spoke to him and he came talk to the woman sit on the table he spoke to the woman something then he came back to me he asked me follow him then he took me to the place he take a picture on me, then he put the number on my picture like a criminal man.

After he took a picture on me he asked me follow him he brought into the turner they turn on the sound very loud noise and very scared, then the policeman he keep push behind my neck and he said to me walk hurry up (motherfucker) then I told him I'm a disability and both of my legs hurt I cannot walk faster like you please stop pushed me he doesn't care what I said he keep push behind me and said very loud noise motherfucker to me.

Then he catches my neck and he lift me up on the air he slams my whole body face down on the floor then he turns off the light, they punch me and kick me on the floor they all said very loud noise I'm down on the floor they said to me motherfucker I will killing you they beat me up terrible and horrible on the floor then they turn the light back on I saw 4 policer officer around me.

They forced me stand up and walk again , I told them you guy beat me up very badly I cannot walk anymore then I sit down on the floor cannot walk because too much ( painful ) those policer they said all kind of dump and terrible and horrible bad mouth to me I sit down on the floor , then they brought the handicap wheel chair to me then they pick me up on the floor and they slam me into the handicap wheel chair then they pushed my head down I sit on the handicap wheel chair and they spun me around on the handicap wheel chair they keep talks to me motherfucker I will killing you , all I said to them you doing to me terrible wrong .

Then they brought me to in front office orange county jail. the woman she checked all my medical record then she said to me I have (thoracic spine and lower back chronic pain) then the police officer man stands behind me he said to the woman inside office orange county jailed oh this man he the motherfucker and he lies, he keeps talks terrible badly mouth to me.

Then took me into the orange county jail and I saw that police stand and talk to other 4 police officer then that police man I don't see him anymore.

Then they locked me up in the room only me about 1 hour later the man walk inside the room with tattoo all over his body and he look at me then he beat me up again terrible and horrible lies. I did not fight back then turn off all the lights. when they turn the light back on I saw 3 police officer they cover that man and took him away from me then 2 police officer they pulled me down on the floor like trash me.

They locked me up about 8 hrs. and they release me they want me sign a letter do not sure them this is unbelievable and terrible wrong. I got out the orange county jail both of my legs and both of my arms and on my body and my left face blue and swollen all over my body.

I went to orange county district attorney I was report to them those policer officer at orange county jail they lie beat me up terrible and horrible and they said very badly mouth to me I'm a disability and handicap man did not doing anything wrong they said to killing me.

The young girl I was report to her all happened to me how terrible and horrible those police office orange county jail lies and beat up disability and handicap man all wrong and the young girl she was tears and she wonder how terrible those police officer beat up this man wrong.

Then orange county district attorney they said to me they will be investigation those police officer orange county jail how they beat me up.

After a week I received a phone called from orange county district attorney and they said to me all my information I give to them how terrible and horrible those police officer orange county jail they lie and beat me up that very truth, and they said to me those police orange county seriously crime and criminal.

I requested orange county district attorney give to me a letter how they investigation those police officer orange county, but they told me they not release that information and the only courthouse requested they will be release all information.

4) then I sent a letter to many place government offices I need help stop big corporation control google and all doctor stop harassing me but nobody responds to help me everyone scared.

I went to Huntington beach pier, city Huntington beach city California demonstration by myself. those police officer Huntington beach city they threatened and harassed me very seriously scared they said to me they will be send me to jail , I went to police Huntington beach station 2 times I explain to them how terrible big corporation keep following me everywhere and doing all kind of dump and lies harassed me over and over again and never stop harassed  me , then I also give to them some letter how I complain big corporation harassed me , they took all that information , I requested those police officer give to me a letter it said you was receiver all my information and you understand why I'm demonstration at Huntington beach pier . then the police station Huntington beach city they answer to me they not give to me nothing then I very disappointed and sadly then I went home.

I have no choice that the only way demonstration at Huntington beach pier and got all American people together then stop big corporation harassed to me, because I knew this case protect all American people right and safety including worldwide human right. I knew this case will be changes better for USA and all around the world peacefully and love for all human right.

Those police office Huntington beach police they came and harassed me at Huntington beach

6

Pier I demonstration very peacefully , and I was explain to all of them my history I did not doing anything wrong they damaged to disability and handicap man they want lies treat me mental health and doing all kind of dump and lies harassed to me over and over again never stop harassed to me and the big corporation corrupt system they are seriously crime and criminal against all American people .

Then I said to every police officer harassed me at Huntington beach pier I demonstration very peacefully defend myself and I protect all American people right and safety those big corporation corrupt system they are very seriously crime and criminal against all American people . and I said to all those police officer stop came here and harassed me those police officer Huntington beach city seriously wrong , I said to all those police go and telling to big corporation corrupt system must be stop harassing me and American people then I will be stop demonstration , but those police officer Huntington beach city they answer to me nothing for them go telling to big corporation corrupt system stop harassing to me .

Police officer Huntington beach city they give to me 3 tickets and they sent 10 police officer to Huntington beach pier arrested me they take me down and they handcuff both of my arms and both of my legs they throw me into police car then they punch me inside the police car , they took me into police Huntington police jail 3 hrs and release me and they stolen my iphone apples 11 I bought about 11 months  11/13/2021 .

Then they reschedule me go to the courthouse already 3 times almost 8 months now nothing done 3 tickets they give to me nothing found into the system , and my district attorney of orange county he told me those police officer Huntington beach city they don't want found this case against me they want this case is dismiss .

I have a lot abused me terrible lies to me from different place from this story .

1 )  But my finger poin to those police officer fountain valley pd you lies sent me to UCI mental hospital they lies beat me up and damaged to my head seriously wrong .

2 ) those police officer santa ana jail lies beat me up terrible and horrible all about lies

3 ) sent 10 police officer Huntington beach city you arrested me handcuff both of my arms and both of my legs throw me into the police car and punch me inside the police car sent me to the jailfor 3 hrs and stolen my I phone apples 11 I bought it about 11 moths .

My question to police chief of orange county what I did wrong to you ?

My history I'm a very good man never been to any crime and criminal . I'm speaking to protect all American people they police system doing very dangerous for all American people we all want the police system must be changes and doing right and safety for all American people . I respect the law to all American people and worldwide human right all my information 100% true .

Ha son tran 11/05/2022

7

TOYOTA Vehicle unsafe damaged To my
Whole spinal cord seriously injury FRome day 1



This Toyota Tacoma truck ,Toyota corporation they make the tire are too big not safety , I have a car accident someone faulty hit to my truck on the right front tire . caused the steering wheel inside the truck forced extremely powerful , spun around and twisted both of my arms caused damaged to my whole spinal cords seriously injury , and damaged to my whole life caused too much painful , I always feeling fever because too much pain , both of my arms and both of my legs always feeling numb and pain , UCI they beat me up they damaged to my head now I have another pain all over my head .

I showed you it damaged inside TIRE

KAISER PERMANENTE thrive

This form contains your diagnosis.

_____ (M.D.)
4201 W Chapman Ave
Orange CA 92868-1505
888-988-2800

RECEIVED
NOV 1 2 2010

17749676

Patient Name: TRAN,HA S
Encounter Date: 11/11/2010

Please see below for this health care provider's directives and information relating to this encounter.

## Work Status Report

Date onset of condition: 11/11/2010
Next Appointment Date:

DIAGNOSIS: CERVICAL RADICULOPATHY [723.4B], SCIATICA [724.3A], THORACIC SPINE PAIN [724.1I]

Off Work
This patient is placed off work from 11/11/2010 through 2/11/2011

This form has been electronically signed and authorized by ◄         ►(M.D.)

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

Printed By: CHENG, LI-LENG on 11/11/2010 at 12:23:54 PM

I'm assaulting and not doing anything wrong pick up the and
Doing all kind OF Dump TeRRable To Me OVER and OVER again
I WanT showed to you My
whole body seriously injury
all swollen

> My neck also pain
(This caused by car accident)

④

> TOYOTA CORPORATION They conTROL healThcare
system, and google They lies senT Me To
UCI mental hospital They lies beat me up
until I blackont, NOW I have anoTHeR pain
all OVER My head, I alway Feel burning
on Top OF My head .

②

> My left shoulder
CRacks
(This caused by car accident)

⑤

> This My whole ARMS pain and swolle
numb and pain (caused by car)
accident

> 7 Ribs on My ThoRacic spine
leaving cracks and swollen 9 inche
long, Tear up a lot musle on My
back, also damaged To My lumba
caused Me Too much pain it C
hurTing To day and night
NEVER go away FRom Me
it allway make Me Feel Tore
(This caused by car accidents)

①

< This arm
numb and pain
(This caused by car accident)

< My lower back
L5 S1 swollen
alway pain on my lower
back it make both OF
My legs alway Feel numb
and pain
(This caused by car accident)

③

< legs alway
numb and pain
(This caused by car accident)

Ⅱ

> leg alway
numb and pain
(This caused by car acciden)



Orange County
**Brain & Spine**
G R O U P

Tien T. Nguyen, MD
Neurological Surgery
Spine Surgery

Murali Raju, MD
Neurological Surgery
Spine Surgery

11190 Warner Ave, Suite 305, Fountain Valley, CA 92708
Ph: 714-433-2000   Fax: 714-433-2901
http://www.OCBrainSpineGroup.com

# REFERRAL SLIP

Patient : _Ha Tran_____   DOB: _____

↪ Reason

_Neck, back pain, Chronic_
_Since MUA_____
_____

↪ Refer to

_Pain mgmt_____
_____

↪ Dx:

_neck, back pain_____
_____

MAILED
APR 0 6 2012

_____      Date: _____

Tien T. Nguyen, MD

Date: 3/19/12

Murali Raju, MD

30



MEDICARE HEALTH INSURANCE

Name/Nombre

HA S TRAN

Medicare Number/Número de Medicare

8Y31-K82-VH08

Entitled to/Con derecho a

Coverage starts/Cobertura empieza

HOSPITAL (PART A)     08-01-2013
MEDICAL  (PART B)     07-01-2016

PLAN SCAN Classic (HMO), Orange
2019H5425007
Issuer  80840
ID: 400851-2204
NAME: HA S TRAN
DR: MICHAEL GILBERT MD
MEDICAL GROUP ST JOSEPH HERITAGE
PCP          SPECIALIST     EMERGENCY
$0.00        $0.00          $90.00
PH: 714-620-3325

RxBin: 009858   RxPCN: MD
RxGrp: AN9A
Medicare R
Prescription Drug Coverage
CMS H5425 007



KAISER PERMANENTE
HMO
Kaiser Foundation Health Plan, Inc.
Southern California Region

Issuer: 80840                    Prescription Drug Plan
RxBin: 011172 RxPCN: SCCMS
RxGrp: SC                        CMS-H0524-003

Prefix Medical Record No.        Date of Birth
00 0017749676                    09/1970
Name: First M Last
HA S TRAN

kp.org
Medicare R
Prescription Drug Coverage

Anthem.
Anthem MediBlue
Value Plus (HMO)

HA S TRAN                    PCP D. NGO
                             CareMore Health - California
Member ID                    Dental - LIBERTY
ARK392M97285

Group        CAMCRWP0    Office Visit Copay         $0
Plan         332         Specialist Visit Copay     $0
RxBIN        020115      Emergency Room Copay       $120
RxPCN        JS          Preventive Copay           $0
Issuer (80840)  9101000302   livehealthonline.com
RxGRP        WM2A
RxID         392M97285       CMS  H0544-002-000

CareMore   MEDICARE ADVANTAGE HMO   Medicare R
Prescription Drug Coverage

Humana
HUMANA GOLD PLUS (HMO)
A Medicare Health Plan with Prescription Drug Coverage

Dental Included          CARD ISSUED:  11/07/2019

HA S TRAN
Member ID: H31565225
Plan (80840) 9140461101    Copayments
RxBIN: 015581              OFFICE VISIT: $0
RxPCN: 03200000            SPECIALIST: $0
RxGRP: Y5005               HOSPITAL EMERGENCY: $90
                          Medicare R
                          Prescription Drug Coverage
                          CMS H5619 021

This health insurance They had all My information and I also have all Theirs information They knew How bigs corporation corrupt system They used Them abused and Harrassing killing a lot americans peoples including Mental health and Homeless all ove U.S.A seriously wrong.

TRAN HA



big worldwide corporation corrupt system they control

Those police huntington beach city they ARRested Me
I was demonstration very peacefully.

They was REScheduled Me 5 Times at The courthouse
now they don't want To sue Me and they want this
case dismissed, but my orange county district attorney
He told Me at December 21 I have go to the courtHousE
they make The case Those police sue Me dismissed.



# CITY OF HUNTINGTON BEACH
## OFFICE
### of the
## CITY ATTORNEY

**Michael E. Gates**
City Attorney

P.O. Box 190
**2000 Main Street**
**Huntington Beach, California 92648**
Telephone: (714) 536-5555
Facsimile: (714) 374-1590

**Mike Vigliotta**
Chief Assistant City Attorney

**Steven F. Pomeroy**
Community Prosecutor

**Nadin S. Said**
Sr. Deputy City Attorney

**Ryan E. Lumm**
Sr. Deputy City Attorney

**Lauren L. Rose**
Deputy City Attorney

January 20, 2022

Ha Son Tran
4413 W Oakfield Ave
Santa Ana, CA 92703

### <u>NOTICE OF COMPLAINT FILED</u>

Please be advised that a complaint was filed in the West Justice Center, which alleges that on or about November 13, 2021 you committed a violation of section(s):

148(a)(1) Penal Code
647c Penal Code
13.08.025 Huntington Beach Municipal Code

You are hereby notified that you are required to appear on **March 1, 2022 at 8:00 a.m.** at the address listed below:

**WEST JUSTICE CENTER**
**8141 13TH STREET**
**WESTMINSTER, CALIFORNIA 96283**
**(714) 896-7261**

Should you fail to appear at said time and place, a warrant may be issued for your arrest.

Michael E. Gates, City Attorney
CITY OF HUNTINGTON BEACH

By: _____

Steven F. Pomeroy
Deputy Community Prosecutor
CITY OF HUNTINGTON BEACH

274359

1

**PROOF OF SERVICE OF PAPERS**

2

STATE OF CALIFORNIA       )
                          ) ss. Ha Son Tran
3

COUNTY OF ORANGE          )

4

5      I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2000 Main Street, Huntington Beach, CA 92648.

6

7      On January 25, 2022, I served the foregoing document(s) described as:

8

**NOTICE OF COMPLAINT FILED**

9

10     on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

11

12     Ha Son Tran
       4413 W. Oakfield Ave.
       Santa Ana, CA 92703

13

14     [XX]   BY CERTIFIED MAIL – RETURN RECEIPT -- I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

15

16

17     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

18

19     Executed on January 25, 2022, in Huntington Beach, California.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To    Ha Son Tran
Street, Apt. No.;   4413 W. Oakfield Ave.
or PO Box No.    Santa Ana, CA 92703
City, State, ZIP+4

PS Form 3800, August 2006        See Reverse for Instructions

_Sarah Tapia_
Sarah Tapia

PROOF OF SERVICE

1  MICHAEL E. GATES, City Attorney, SBN 258446
2  STEVEN F. POMEROY, Deputy Community Prosecutor, SBN 311625
   2000 Main Street, P.O. Box 190
3  Huntington Beach, CA 92648
   PHONE   (714) 536-5555
4  FAX      (714) 374-1590
   Email: steven.pomeroy@surfcity-hb.org
5

**FILED**
Superior Court of California,
County of Orange
**01/26/2022**
DAVID H. YAMASAKI, Clerk of the Court
By S. CORONA, Deputy Clerk
Case Number 22WM00766

6
7                  SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
9            FOR THE COUNTY OF ORANGE, WEST JUSTICE CENTER

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | Case No. |
| | Agency Case No. 2021-014699 |
| Plaintiff, | CA Case No. 21-10731 |
| | **MISDEMEANOR COMPLAINT** |
| vs. | **Supersedes Citation: #HB3194142** |
| HA SON TRAN | |
| Born on September 23, 1970 | Hearing Dates Pending: |
| Driver's License #: A9339549 | Type:   Arraignment |
| | Date:   March 1, 2022 |
| Defendant. | Time:   8:00 a.m. |
| | Dept:   As posted |
| | West Justice Center |

17
18
19     THE UNDERSIGNED HEREBY CERTIFIES that he is informed and believes and upon
20  information and belief, declares the following:
21
22                               **COUNT ONE**
23     On or about November 13, 2021, in the City of Huntington Beach, in the County of
24  Orange, in the State of California, within the above-named Judicial District, HA SON TRAN did
25  willfully and unlawfully resist, delay, or obstruct Officers B. Smith who was then and there a
26  peace officer attempting to and discharging the duty of his office or employment with the
27  Huntington Beach Police Department, in violation of Penal Code §148(a)(1), a misdemeanor.
28

## COUNT TWO

On or about November 13, 2021, in the City of Huntington Beach, in the County of Orange, in the State of California, within the above-named Judicial District, HA SON TRAN unlawfully obstructed the free movement of any person on any street, sidewalk, or other public place or on or in any place, in violation of Penal Code §647c, a misdemeanor.

## COUNT THREE

On or about November 13, 2021, in the City of Huntington Beach, in the County of Orange, in the State of California, within the above-named Judicial District, HA SON TRAN unlawfully, temporarily or permanently, did construct, enlarge, alter, repair, move or convert any structure or place any furniture on the Pier, Pier Plaza, Beach Service Road and Beach Parking Lot area, except by permit, in violation of Huntington Beach Municipal Code §13.08.025, a misdemeanor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this complaint consists of three (3) counts.

Dated: January 20, 2022

Michael E. Gates, City Attorney
CITY OF HUNTINGTON BEACH

By: _____
Steven F. Pomeroy
Deputy Community Prosecutor
CITY OF HUNTINGTON BEACH

Pursuant to Penal Code Section 1054.5(b), the People hereby request that Defendant or defense counsel provide, within 15 days, all of the materials and information described in Penal Code § 1054.3, and continue to provide any later-acquired materials and information subject to disclosure, and without further request or order.

CITY OF HUNTINGTON BEACH
NOTICE TO APPEAR

HB **3194142**

☒ MISDEMEANOR  ☐ Traffic  ☒ Nontraffic

| Date of Violation | Time | Day of Week | Report Number |
|---|---|---|---|
| 11/13/21 | 1351 ☐ A.M. ☒ P.M. | S M T W T F S | 21-014699 |

Name (First Middle Last)  ☐ Owner's Responsibility (Veh. Code § 40001)
HA SON TRAN

Address
4413 W. OAKFIELD AVE

| City | State | Zip Code |
|---|---|---|
| SANTA ANA CA | | 92703 |

| Drivers License No | State | Class | Commercial | Age | Birth Date |
|---|---|---|---|---|---|
| A9339549 | CA | | ☐ Yes ☐ No | 51 | 9/23/70 |

| Sex | Hair | Eyes | Height | Weight | Race | COMMERCIAL VEHICLE |
|---|---|---|---|---|---|---|
| M | BLK | BRO | 5'04 | 160 | A | ☐ (Veh. Code, § 15210)(b) |

Vehicle Lic. No. or VIN          State                HAZARDOUS MATERIAL ☐ (Veh. Code, § 353)

| Yr. of Veh. | Make | Model | Body Style | Color | Passengers M F None |
|---|---|---|---|---|---|

Evidence of Financial Responsibility

Registered Owner or Lessee                           ☐ Same as Driver

Address                                              ☐ Same as Driver

| City | State | Zip Code |
|---|---|---|

Correctable Violation (Veh. Code § 40610)     ☐ Booking Required (see reverse)     Misdemeanor or Infraction (Circle)

| Yes | No | Code and Section | Description | |
|---|---|---|---|---|
| ☐ | ☒ | 148(A)(1)PC | RESIST officer | Ⓜ I |
| ☐ | ☒ | 13.08.025 HBMC | ALTER BEACH | Ⓜ I |
| ☐ | ☐ | | | M I |
| ☐ | ☐ | | | M I |

| Speed Approx. | P.F. / Max Spd | Veh. Lmt. | Safe Speed | ☐ Radar Used Serial # | ☐ Continuation Form Used | N |
|---|---|---|---|---|---|---|

Location of Violation
at  MAIN ST / PCH  HB. CA.          City/County of Occurrence          W                E

| Weather Clr Cld Fg Rn | Surface Dry Damp Wet | Traffic Lt Med Hvy | Light Dawn Day Dusk Night | | Lane |
|---|---|---|---|---|---|
| | | | | S | |

☒ Violation not committed in my presence, declared on information and belief.
I declare under penalty of perjury, under the laws of the State of California, the foregoing is true and correct.

| Date 11/13/21 | Signature | 1652 Jail |
|---|---|---|
| | Arresting or Citing Officer | Serial #    Unit # |
| Date 11/13/21 | GILES | 223 |
| | Name of Arresting Officer, if different from Citing Officer | Serial #    Unit # |

X SIGNATURE _____

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

WHEN:    ON OR BEFORE THIS DATE: 1/12/22    TIME: 08:00 AM
WHAT TO DO:    FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE: ☒ West Justice Center                    ☐ Lamoreaux Justice Center
8141 13TH St., Westminster, California 92683        341 The City Drive, Orange, California 92868
657-622-8459                                        657-622-6878

☐ To be notified
☐

☐ WITHIN THREE WEEKS YOU MUST SCHEDULE ATTENDANCE AT A HBPD BICYCLE SAFETY CLASS ( WITH PARENT IF A MINOR ) BY CALLING 714-536-5675. AN ADMINISTRATIVE FEE IS DUE AT THE TIME OF ATTENDANCE.

IF YOU FAIL TO SCHEDULE OR ATTEND THE BICYCLE SAFETY CLASS, YOUR CITATION WILL BE FORWARDED TO THE TRAFFIC COURT AT 8141 13TH ST., WESTMINSTER, CA FOR STANDARDIZED FILING. DATE TO BE NOTIFIED.

HB 3194142

**\* H B 3 1 9 4 1 4 2 \***

COURT COPY
SEE REVERSE
TR-130

Judicial Council of California Form
Rev. 06-02-20        (Veh. Code, §§40500(b), 40513(b), 40522, 40600; Pen. Code, § 853.9)

## ARREST REPORT

| 1 ORI # CA0301000 | 2 AGENCY NAME Huntington Beach Police Department | | | | 3a. ARREST # 2021006172 | 3b CASE # 2021-014699 | 4 SFX |
|---|---|---|---|---|---|---|---|

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME Tran, Ha Son | | | | | 6 ALIAS AKA | | |
|---|---|---|---|---|---|---|---|

| 8 SEX 1 M 2 F OTHER | 9 RACE OTHER | 10 HGT. 5'04 | 11 WGT. 160-0 | 12 EYE BRO | 13 HAIR BLK | 14 SKIN | 1 SCARS  2 MARKS  3 TATTOOS  4 AMPUTATIONS |
|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN __ - __ - __ | 17 DATE OF BIRTH 09/23/1970 | 18 AGE 51 | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS  KEY  MAJOR  PRIMARY  SCDV  SUB-SECONDARY  FINAL | 22 DL # A9339549 | 23 ST CA |
|---|---|---|---|

| 24 FBI # | HENRY CLASS | 25 IDENTIFICATION COMMENTS |
|---|---|---|
| | NCIC CLASS | |

| 26 1 RESIDENT  X NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 4413 W Oakfield Av, Santa Ana, CA 92703 | 28 RESIDENCE PHONE (714) 277-7335 | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Unemployed | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE (714) 554-0229 |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) Main St / Pacific Coast Hy Huntington Beach, | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION?  YES  NO  1 IN STATE  2 OUT STATE |
|---|---|---|

| 36 CONDITION OF ARRESTEE: | 1 DRUNK  2 SOBER  3 DRINKING  4 DRUGS | 37 RESIST ARREST? 1 YES  2 NO | 38 INJURIES? 1 NONE  2 OFFICER  3 ARRESTEE | 39 ARMED? 1 Y  X N | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|---|

| 41 DATE OF ARREST 11/13/2021 | 42 TIME OF ARREST 13:51  1. AM  X 2. PM  MIL | 43 DAY OF ARREST S M T W T F X S | 44 TYPE ARREST ON-VIEW ARREST | 45 ARRESTED BEFORE? 1 YES  2 NO  3 UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE-1 1 FEL  X MISD  3 ATT Resist Or Obstruct Peace | 47 UCR CODE 90Z | 50 STATE CODE/LOCAL ORD. 148 (A) (1) PC | 51 WARRANT # | DISPOSITION | 52 DATE ISSUED |
|---|---|---|---|---|---|
| 48 CHARGE-2 1 FEL  2 MISD  3 ATT Beach; Construct,alter,etc | 49 UCR CODE 999 | 53 STATE CODE/LOCAL ORD. 13.08.025 HBMC | 54 WARRANT # | DISPOSITION | 55 DATE ISSUED |
| 56 CHARGE-3 1 FEL  2 MISD  3 ATT | 57 UCR CODE | 60 STATE CODE/LOCAL ORD. | 61 WARRANT # | DISPOSITION | 62 DATE ISSUED |
| 58 CHARGE-4 1 FEL  2 MISD  3 ATT | 59 UCR CODE | 63 STATE CODE/LOCAL ORD. | 64 WARRANT # | DISPOSITION | 65 DATE ISSUED |

| 66 ARREST DISPOSITION Misdemeanor | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|
| | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? 1 YES  2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| VEHICLE RELATED TO: | VEHICLE RELATION: | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|
| □ CONTINUED IN NARRATIVE |

**JUVENILE**

| 82 JUVENILE DISPOSITION: | 1 HANDLED AND RELEASED  2 REF. TO JUVENILE COURT | 3 REF. TO WELFARE AGENCY  4 REF. TO OTHER POLICE AGENCY | 5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE | 1 AM  2 PM  3 MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE 1 YES  2 NO  3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|

| | LOCAL USE |
|---|---|
| 102 SIGNATURE OF RECEIVING OFFICER    103 SIGNATURE OF RELEASING OFFICER | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE  Y  N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Giles, Joseph E | 112 ID # 422237 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR Deuel  ID # 421006 | 116 WATCH CMDR.  ID # |
|---|---|---|---|---|---|

ARREST REPORT

2021 55192

| 1 ORI # | 2 AGENCY NAME | | 2A ARREST # | 3D CASE # | 4 SFX |
|---|---|---|---|---|---|
| CA0301000 | Huntington Beach Police Department | | 2021006172 | 2021-014699 | |

**5 LAST, FIRST, MIDDLE NAME**
Tran, Ha Son

**6 ALIAS AKA**

| 7 SEX ☒M ☐F | 8 RACE OTHER | 9 HGT. 5'04 | 10 WGT. 160-0 | 11 EYE BRO | 12 HAIR BLK | 13 SKIN | 14 | ☐1 SCARS | ☐2 MARKS | ☐3 TATTOOS | ☐4 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | | 16 SSN — — | 17 DATE OF BIRTH 09/23/1970 | 18 AGE 51 | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS   KEY   MAJOR   PRIMARY   SCDV   SUB-SECONDARY   FINAL | 22 DL # A9339549 | 23 ST CA |
|---|---|---|---|
| 24 FBI # | HENRY CLASS | 25 IDENTIFICATION COMMENTS | |
| | NCIC CLASS | | |

| 26 ☐ RESIDENT ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 4413 W Oakfield Av, Santa Ana, CA 92703 | 28 RESIDENCE PHONE (714) 277-7335 | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Unemployed | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE (714) 554-0229 |
|---|---|---|

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) Main St / Pacific Coast Hy Huntington Beach, | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☐ NO ☐ IN STATE ☐ OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: | ☐1 DRUNK ☒2 DRINKING | ☐3 SOBER ☐4 DRUGS | 37 RESIST ARREST? ☐1 YES ☒2 NO | 38 INJURIES? ☐1 NONE ☐2 OFFICER ☐3 ARRESTEE | 39 ARMED? ☐Y ☒N | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|---|---|

| 41 DATE OF ARREST 11/13/2021 | 42 TIME OF ARREST 13:51 | 43 DAY OF ARREST ☐1 1AM ☒ MIL. ☐2 2PM ☐S ☐M ☐T ☒W ☐T ☐F ☐S | 44 TYPE ARREST ON-VIEW ARREST | 45 ARRESTED BEFORE? ☐1 YES ☐2 NO ☐3 UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE-1 ☐1 FEL ☒2 MISD ☐3 ATT Resist Or Obstruct Peace | 47 UCR CODE 90Z | 50 STATE CODE/LOCAL ORD. 148 (A) (1) PC | 51 WARRANT # | DISPOSITION | 52 DATE ISSUED |
|---|---|---|---|---|---|
| 48 CHARGE-2 ☐1 FEL ☒2 MISD ☐3 ATT Beach; Construct,alter,etc | 49 UCR CODE 999 | 53 STATE CODE/LOCAL ORD. 13.08.025 HBMC | 54 WARRANT # | DISPOSITION | 55 DATE ISSUED |
| 56 CHARGE-3 ☐1 FEL ☐2 MISD ☐3 ATT | 57 UCR CODE | 60 STATE CODE/LOCAL ORD. | 61 WARRANT # | DISPOSITION | 62 DATE ISSUED |
| 58 CHARGE-4 ☐1 FEL ☐2 MISD ☐3 ATT | 59 UCR CODE | 63 STATE CODE/LOCAL ORD. | 64 WARRANT # | DISPOSITION | 65 DATE ISSUED |

| | 63 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|
| 66 ARREST DISPOSITION Misdemeanor | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|---|

| 78 VIN | | 79 IMPOUNDED? ☐1 YES ☒2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|---|
| VEHICLE RELATED TO: | | VEHICLE RELATION: | |

| DMV(L1) | Valid, Clear |
|---|---|
| NCIC/WPS | Clear |
| AWS | Clear |
| DOJ RECORD/CJI | Has rap |
| LOCAL RECORD | ☐ NO   ☒ YES |
| SRF/OTHER | Restrained person      ☐ COPY TO TT |
| COLLECT DNA | ☒ MISD – NOT APPLICABLE   ☐ YES   ☐ NO   ☐ RECOLLECT |
| RECORDS STAFF | NT @UP |

| R2 | | | | LOCAL USE | |
|---|---|---|---|---|---|
| | 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | | STATE USE | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|
| 111 ARRESTING OFFICER (LAST, FIRST, M.) Giles, Joseph E | 112 ID # 422237 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR Deuel   ID # 421006 | 116 WATCH CMDR. ID # |

# BOOKING REPORT

Huntington Beach City Jail
2000 Main Street, Huntington Beach, CA 92648

| DR# 2021014699 | RD | | BKG# 202155192 |
|---|---|---|---|
| HB# | | | BIN# |

| CII# | | FBI# | | SSN# | |
|---|---|---|---|---|---|

| DL# A9339549 | State CA | O.C.# | | Add ID Number: |
|---|---|---|---|---|

| DOB: 09/23/1970 | Age 51 | Gender M | Race A | POB: City - State | | Citizenship U |
|---|---|---|---|---|---|---|

| Height 504 | Weight 160 | Hair BLK | Eyes BRO | Hat | Coat | Shirt | Pants | Shoes | Other |
|---|---|---|---|---|---|---|---|---|---|

## INMATE CONTACT INFORMATION

| Address #: 4413 | Street W OAKFIELD AV | Apt# | City SANTA ANA | State CA | Zip 92703 |
|---|---|---|---|---|---|

| Home Phone (714) 277-7335 | Cell Phone | Work Phone (714) 554-0229 |
|---|---|---|

| Occupation | Employer UNEMPLOYED | Employer's Address |
|---|---|---|

| Emergency Contact: | Phone: | Relation | Address |
|---|---|---|---|

Last Name: TRAN
First Name: HA
Middle: SON    Suf:
AKA:

| Vehicle: Make | Model | Year | Color | Plate # | State | Location |
|---|---|---|---|---|---|---|

Scars - Marks - Tattoos

| DNA | ☐ PC 296 DNA Collected with THIS Arrest | ☐ PC 296 DNA Previously Collected | ☑ PC 296 DNA Not Collected (Explain Below) |
|---|---|---|---|
| | Explain why DNA was not collected: | | |

## ARREST AND BOOKING

| Arrest Date/Time 11/13/2021 13:51 | Agency HBPD | Arresting Officer: (422237) GILES | Arrest Location: MAIN ST / PACIFIC COAST HY  HUNTINGTON BEACH |
|---|---|---|---|
| Booking Date/Time 11/13/2021 14:24 | Booking Officer (421632) FLOREZ | Searching Officer (421160) GILLHAM | Transporting Officer: |
| Medical Cleared by: | Fingerprinting Officer (421632) FLOREZ | Alerts: ☐ Medical ☐ Mental ☐ Intoxicated ☐ PC ☐ High Security ☐ Other | |

| CODE VIOLATION | W C | DESCRIPTION | WARRANT NUMBER | ATT | COURT | BAIL |
|---|---|---|---|---|---|---|
| 148 (A) (1) PC | | RESIST OR OBSTRUCT PEACE OFFICER,ETC | | ☐ | WJC | 0 |
| 13.08.025 HBMC | | BEACH; CONSTRUCT,ALTER,ETC ANY | | ☐ | WJC | 0 |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |

| Non-U.S. Citizens: Is Consulate notification required and/or requested? | Yes ☐ No ☐ | Notifying Officer's PIN # | Date/Time | TOTAL BAIL $0.0000 |
|---|---|---|---|---|

## PHONE CALLS (851.5 CPC)
☑ OFFERED    ☐ REFUSED - OFFICER'S PIN # 772 1652

| Date | Time | Name | Relation to Inmate | Phone Number | Comp Y / N | Officer |
|---|---|---|---|---|---|---|
| 11-13-21 | 1440 | WCD | MB 3 | ( ) | Y Ⓝ | 772 163 |
| | | | | ( ) | Y / N | |
| | | | | ( ) | Y / N | |

## RELEASE INFORMATION

| Type of Release: | ☐ O.R. | ☐ Bond | ☐ Bail | ☑ Citation | ☐ 849(b)1 | ☐ 849(b)2 | ☐ Other Agency | ☐ Court |
|---|---|---|---|---|---|---|---|---|

| Bond Company | Agency Address | Bond Number | Agent |
|---|---|---|---|

| Insurance Company | Insurer's Address | Bond # | Bond # |
|---|---|---|---|

| Bail ☐ Cash | Receipt # | Received from: | Address | Court | Date |
|---|---|---|---|---|---|
| ☐ Check # | Receipt # | Received from: | Address | Court | Date |

| Other Agency | Officer's Name | Badge # | Case # |
|---|---|---|---|

| Citation # HB3194142 | Approving Authority | Court WJC | Appearance Date: 1·12·22 |
|---|---|---|---|
| O.R. Judge | D.R.O. | | |

| Releasing Officer's Signature | PIN# 2803 | Date 11/13/21 | Time 1800 | Released Inmate's Signature |
|---|---|---|---|---|

Printed On:11/13/2021 14:41:11

I WENT back To police DP
OF huntingTon beach To Told Them
I showed at The courtHouse
FOR The hearing, The front office
They Told me They check The computer
They can not Find My name in
The SYSTEM, They Told me go To
The police huntingTon beach PD
aSK Them what happEN, but
They not answer anyThing
I asked Them stamp on This
letter They REFUSED.

CITY OF HUNTINGTON BEACH
NOTICE TO APPEAR
HB 3194142

| Date of Violation | Time | ☐ A.M. ☐ P.M. | Day of Week S M T W T F S | Report Number |
|---|---|---|---|---|

☐ MISDEMEANOR  ☐ Traffic  ☐ Nontraffic

Name (First, Middle, Last)    ☐ Owner's Responsibility (Veh. Code § 40001)

Address

| City | | State | | Zip Code |

| Driver Lic. No. | | Class | Commercial ☐ Yes ☐ No | Age | Birth Date |
| Sex | Eyes | Height | Weight | Race | COMMERCIAL VEHICLE ☐ (Veh. Code, § 15210(b)) |

Vehicle Lic. No. or VIN    State    HAZARDOUS MATERIAL ☐ (Veh. Code, § 353)

| Yr. of Veh. | Make | Model | Body Style | Color | Passengers M F None |

Evidence of Financial Responsibility

Registered Owner or Lessee    ☐ Same as Driver

Address    ☐ Same as Driver

City    State    Zip Code

Correctable Violation (Veh. Code § 40610)    ☐ Booking Required (see reverse)    Misdemeanor or Infraction (Circle)

| Yes | No | Code and Section | Description | |
|---|---|---|---|---|
| ☐ | ☐ | | | M  I |
| ☐ | ☐ | | | M  I |
| ☐ | ☐ | | | M  I |
| ☐ | ☐ | | | M  I |

| Speed Approx. | P.F. / Max Spd. | Veh. Lmt. | Safe Speed | ☐ Radar Used Serial # | ☐ Continuation Form Used | N |

Location of Violation(s)    City/County of Occurrence
at    W    E

| Weather | Clr Cld Fg Rn | Surface | Dry Damp Wet | Traffic | Lt Med Hvy | Light | Dawn Day Dusk Night | S | Lane # |

☐ Violation not committed in my presence, declared on information and belief.
I declare under penalty of perjury, under the laws of the State of California, the foregoing is true and correct.

Date    Arresting or Citing Officer    Serial #    Unit #

Date    Name of Arresting Officer, if different from Citing Officer    Serial #    Unit #

**X SIGNATURE**
WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

WHEN:    ON OR BEFORE THIS DATE:          TIME: 08:00 AM
WHAT TO DO:  FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE: ☐ West Justice Center          ☐ Lamoreaux Justice Center
         8141 13TH St., Westminster, California 92683    341 The City Drive, Orange, California 92868
         657-622-8459                      657-622-6878

    ☐ To be notified
    ☐

☐ WITHIN THREE WEEKS YOU MUST SCHEDULE ATTENDANCE AT A HBPD BICYCLE SAFETY CLASS ( WITH PARENT IF A MINOR ) BY CALLING 714-536-5875. AN ADMINISTRATIVE FEE IS DUE AT THE TIME OF ATTENDANCE.

    IF YOU FAIL TO SCHEDULE OR ATTEND THE BICYCLE SAFETY CLASS, YOUR CITATION WILL BE FORWARDED TO THE TRAFFIC COURT AT 8141 13TH ST., WESTMINSTER, CA FOR STANDARDIZED FILING. DATE TO BE NOTIFIED.

**DEFENDANT COPY**
SEE REVERSE
TR-130

Judicial Council of California Form
Rev. 06-02-20    (Veh. Code, §§40500(b), 40513(b), 40522, 40600; Pen. Code, § 853.9)

ENVISION GRAPHICS (714) 269-3756

HB 3194142

I demonstraTion at HuntingTon beach PIER very peaceFully Those police HuntingTon beach
PD They give to me 3 Ticket and They ARREST Me, They Reschedule Today 01/12/2022
go To courtHouse, I SHowed up The FronT oFFice They check, They Told me 3 oF Tickets
police OF huntingTon beach They give To me none oF Them File into The SYSTem
what happening? you ARREST me wrong and you give 3 Ticket wrong seriously TRuth.

HA SON TRAN 01/12/2022



# NOTICE OF VIOLATION

**CITY OF HUNTINGTON BEACH**
**CODE ENFORCEMENT DIVISION**
**2000 MAIN STREET 3rd FLOOR**
DEPT. (714) 536-5271 or CODE Hotline (714) 375-5155
www.huntingtonbeachca.gov

Name of Owner/Occupant: _Tran the Son_

Mailing Address: _____

Violation Address: _99 Main St, Huntington Beach, CA 92648_

An inspection was conducted at the above-described property on _____ and the following violation(s) of the
Huntington Beach Municipal Code (HBMC) / Zoning Subdivision Ordinance (HBZSO) / CA Health and Safety Codes were found:

❑ 1. Rubbish Accumulation Prohibited HBMC 8.36.010
❑ 2. Overgrown Vegetation Prohibited HBMC 17.10.050 (L)
❑ 3. Dead Vegetation Prohibited HBMC 17.10.050 (M)
❑ 4. Discarded Furniture, Equipment or Appliances Prohibited HBMC 17.10.050 (P)
❑ 5. Dilapidated or Deteriorated Fence Prohibited HBMC 17.10.050 (T)
❑ 6. Business License Required HBMC 5.08.010
❑ 7. Inoperable Vehicle in Public View Prohibited HBMC 8.48.110
❑ 8. Parking on Front Lawn Prohibited HBZSO 231.02 (E1) (R1 Zone Only)
❑ 9. Keeping More Than 3 Dogs or Cats Over 4 Months old in a Residential Zone Prohibited HBMC 7.12.150
❑ 10. Commercial Handbills on Vehicles Prohibited HBMC 8.36.130
❑ 11. Nuisance HBMC 17.10.050 (U)
❑ 12. Nuisance HBMC 17.10.050 (Z)
❑ 13. Nuisance Driveway/Sidewalks HBMC 17.10.050 (AA)

❑ 14. Sign Permit Required HBZSO 233.04
❑ 15. Banners, Pennants Displayed Without Permit HBZSO 233.18 (B)
❑ 16. Portable Signs and Balloons Prohibited HBZSO 233.10
❑ 17. Excessive Exterior Noise HBMC 8.40.050
❑ 18. Animal Premise Keep Clean HBMC 7.12.030
❑ 19. Construction Without a Building Permit HBMC 17.10.050 (B)
❑ 20. Sidewalk Vendor Permit Required HBMC 5.100.030
❑ 21. Living in a Camper, Trailer, Vehicle or Temporary Structure Prohibited HBZSO 210.04 (M) (R1 Zone Only)
❑ 22. Trash Containers Location HBMC 8.21.100
❑ 23. Required Parking HBZSO 231.04 (Sched. A)
❑ 24. Mobile Vendor Violation HBMC 5.50.170
❑ 25. Outdoor Facilities HBZSO 230.74
❑ 26. Obstructing Public Right-of-Way (Permit) HBMC 12.13.040
❑ 27. Auto Repair –R Zone HBZSO 210.04
❑ 28. Pool Enclosures & Barriers HBMC 17.46.040 (A)(1)
❑ 29. Parking/Security Lighting HBZSO 231.18 (C)
❑ 30. Accessory Structure HBZSO 230.08
❑ 31. Pool/Spa Water Condition HBMC 17.46.040 (A)(2)

❑ 32. Home Occupation in R Dist. HBZSO 230.12
❑ 33. 40% Landscape HBZSO 210.06 (S)
❑ 34. Visibility Triangle HBZSO 230.88 (C)
❑ 35. Human Sign HBZSO 233.10 (G)
❑ 36. Temp. Lighting 90 Days CEC 590.3(B)
❑ 37. Tree Regulations HBMC 13.50
❑ 38. Sidewalk Maint. HBMC 12.28.020
❑ 39. Storage Vacant Lot HBZSO 230.82 (D)
❑ 40. Garage Sales HBZSO 204.16 (D)
❑ 41.Sidewalk Vending Prohibited Activities/Locations HBMC 5.100.090
**Substandard Housing/** HBMC 17.10.050 (DD)
**CA Health & Safety 17920.3**
   ❑ 42. Inadequate Sanitation
   ❑ 43. Structural Hazards
   ❑ 44. Nuisance
   ❑ 45. Health or Safety Hazard
   ❑ 46. Hazardous Electrical wiring
   ❑ 47. Hazardous Plumbing
   ❑ 48. Hazardous Mechanical
   ❑ 49. Faulty Weather Protection
   ❑ 50. Fire Hazard
   ❑ 51. Hazardous or Unsanitary Premises
   ❑ 52. Inadequate Exits
   ❑ 53. Inadequate Fire Protection
   ❑ 54. Improper Occupancy

❑ 55. Other _HBZSO 3rd es Sidewalk vending HBZSO 233.10 Prohibited signs_

❑ 56. Other _HBZSO 233.16 Code Compliance_

**Required Action(s):** _Mobile device can Park all on Public highway were Immediately_
_Remove all mercy vehicle on Public Right by within the time indicated_

Personal Service ( )    Posted ( ) _____

You are hereby ordered to correct the violation(s) as noted above within _____ day(s) from the date of this notice. An inspection
will be made following that date to ensure all corrections/repairs have been completed. **ALL CORRECTIONS (REPAIRS) MUST BE
COMPLETED OR A $377.00 REINSPECTION FEE WILL BE CHARGED. Failure to abate the violation(s) may also result in
the issuance of Administrative Citations and/or an enforcement fee of $2,640.00.** Each day that the violation(s) continues
constitutes a new and separate offense.

For further assistance in this matter, please contact the undersigned at your earliest convenience. **An appointment is required to
meet directly with the officer.**

Officer: _____    Phone # (714) _____    Email: _____ @surfcity-hb.org

8.2020                    Distribution: White-file Pink/Hard-violator(s)           huntingtonbeachca.gov

City of Huntington Beach

**CIVIL CITATION**

Citation # **1052405**

PD DR # _____

| DATE | TIME | ☐ AM ☐ PM | DAY OF WEEK | ISSUING DEPT. |
|------|------|-----------|-------------|---------------|

DATE: 1/24/~ TIME: 10:3~ DAY OF WEEK: FRIDAY

| NAME (FIRST, MIDDLE, LAST) | PROPERTY OWNER ☐ |
|----------------------------|-------------------|

HA ~ ~ TRAN

MAILING ADDRESS _____ VE.

| CITY | STATE | ZIP CODE |
|------|-------|----------|

SANTA ANA — CA — 927~3

| DRIVER LIC. NO. | STATE | BIRTH DATE (mm/dd/yyyy) |
|-----------------|-------|--------------------------|

— CA — ~/2~/19~~

PHONE #
( )

CELL/OTHER PHONE #
( )

☐ M  ☐ F    hair    eyes    height    weight    race or descent

~ ~ 5-04 1~0

ADDRESS OF VIOLATION(S) (if different from mailing address):

| ANY VIOLATION OF HBMC TITLE 5, 8, 17, AND ZSO | → | 1ST OFFENSE $250 | 2ND OFFENSE $500 | 3RD OFFENSE $1,000 |
|---|---|---|---|---|
| ALL OTHER HBMC VIOLATIONS | → | $125 | $250 | $600 |

| HB CODE SECTION (S) | DESCRIPTION | FINE (CIRCLE AMOUNT) |
|---|---|---|
| HBMC 12.13.040 | | $125 $250 $500 $600 $1,000 |
| | | $125 $250 $500 $600 $1,000 |
| | | $125 $250 $500 $600 $1,000 |
| | | $125 $250 $500 $600 $1,000 |
| | TOTAL FINE AMOUNT: | ~25~ |

☐ **BUILDING VIOLATION:** IF THIS BOX IS CHECKED, YOU ARE ORDERED TO CORRECT THE BUILDING VIOLATION WITHIN 30 DAYS. YOUR CORRECTION PERIOD ENDS ON _____. YOU MAY REQUEST AN EXTENSION OF THE PERIOD. (SEE REVERSE SIDE.). IF CORRECTION IS NOT COMPLETED WITHIN THE 30 DAYS, YOU MAY BE CITED AND FINED FOR ADDITIONAL VIOLATIONS FOR EACH DAY THE VIOLATION CONTINUES.

☐ **NOTICE OF NONCORRECTION** OF BUILDING VIOLATION: IF THIS BOX IS CHECKED, YOU HAVE FAILED TO CORRECT A BUILDING VIOLATION WITHIN THE 30-DAY CORRECTION PERIOD AND YOU ARE ORDERED TO PAY THE FINE.

PRIOR CITATIONS FOR SAME VIOLATION: _____

VIOLATION NOTICE BY: ☐ PERSONAL SERVICE  ☐ CERTIFIED MAIL  ☐ PROPERTY POSTED
☐ PERSON CITED REFUSED TO SIGN RECEIPT FOR CITATION.
☐ VIOLATION(S) NOT COMMITTED IN MY PRESENCE, DECLARED ON INFORMATION AND BELIEF.
I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Issuing Officer _____  ID # ~~~  Dept. _____

WITHOUT ADMITTING GUILT, I ACKNOWLEDGE HAVING RECEIVED THIS CITATION.

X Signature _____

HBMC Chapter 1.18 requires that you pay the fine **amount within 30 calendar days from the date in the upper left-hand corner.** Pay online at www.huntingtonbeachca.gov and select I want to pay a civil citation or mail, along with a copy of this citation, to City of Huntington Beach, Attn: Civil Citations, PO Box 711, 2000 Main St., Huntington Beach, CA 92648-0711. **Do not mail cash.** Be sure to include the citation number on the face of the check or money order or in the account number section for on-line payments in order to receive payment credit for your citation properly. You may contest this citation by following procedures on the reverse side of the citation. Failure to request a hearing within 30 calendar days from the date in the upper left-hand corner constitutes a waiver of all your rights to dispute this violation.

PLEASE SEE THE REVERSE SIDE FOR ADDITIONAL INFORMATION.

**VIOLATOR'S COPY**

Dear judge 03/01/2022

I came to Huntington beach city at the pier I demonstration very peacefully , at there I have many times
those police Huntington beach city they came and threaten me they said to me , they will be arrest me
and they will put me into jail , I went to police station at Huntington beach city 2 times also many time I
saw those police they threaten me at Huntington beach pier I said to all those police officer I knew
exactly how big corporation corrupt system they lies killing a lot more and more American people
including mental health crisis all over USA 95% they did very seriously wrong to American people , I also
explain to those police big corporation they control those police santa ana and orange county jail they
lies . I'm a disability and handicap man all my body seriously injured , those police santa ana and orange
county jail lies beat me up terrible and horrible and unbelievable wrong all about lies .

I also explain to those police officer threaten me at Huntington beach pier , the big corporation they
never stop abusing me because they control google they forced all doctor lies they want to treat me
mental health , all doctor they scared they knew that all about lies , and they did all kinds crime and
criminal against me seriously wrong they abusing me over and over again never stop abusing me .

The reason they want to treat me mental health they don't want everybody to know my seriously injury
caused damaged from Toyota vehicle unsafe faulty design . if I let them lies treat me mental health they
will be legal lies killing me with record mental health they lies , this is very seriously corrupt system .

I said to those police officer threaten me at Huntington beach pier please do not threaten me
everything I'm a disability I did not doing anything wrong , I have a right demonstration to defense
myself and I also protect all American people and worldwide human right , I said to those police officer
my demonstration safety and right for all American people and worldwide human right this case is huge
very seriously crime and criminal against USA and worldwide human rights , I'm 100% all American
people and everyone all around the world they stand with me this case for all human right .

I said to those police office threaten me at Huntington pier if they don't want me demonstration here , I
said to those police help me call to big corporation .

1) healthcare system
2) google corporation
3) Toyota corporation

Stop following me everywhere abusing me and doing all kind dump and crime and criminal against me
I'm a disability did not doing anything wrong to them , if police Huntington beach stop them abusing me
I will be stop demonstration at Huntington beach pier . ( those police they told me they can not do that )

I said to those police officer at Huntington beach pier please do not came threaten me I demonstration
very peacefully to protect myself and all American people and worldwide human right .

Those police officer orange county and Huntington beach very seriously crime and criminal , beat up
disability and handicap man terrible and horrible lies and give 3 tickets I demonstration peacefully , also
when they arrested me at Huntington beach pier they wrong , they make me lost my cellphone I just
bought almost $1200.00 they must be paid for everything they did seriously wrong to me . all my
information I respect law 100% truly .

HA SON TRAN

HA SON TRAN
4413 W OAKFIELD A
SANTA - ANA CA 92703

Dear : police chief of orange county and GOV .

Toyota corporation they make (huge ) vehicle unsafe faulty design damaged a lot American people and worldwide human being seriously injury .

It damaged to me my whole spinal cord seriously injury all my body swollen up from 04/23/2010 damaged both of my arms and both of my legs numb and pain 100% unable go back to work with this seriously injury , from day 1 I have this seriously injury Toyota corporation they control google and healthcare system they forced all doctor lies threatening and harassing abusing me horrible , the people disability like me they must give me a love and peace I did not doing anything wrong but they keep following me everywhere abusing me over and over again and never stop abusing me they make me very angry , the reason they want lies treat me mental they don't want every body to know my seriously injury caused damaged from Toyota vehicle unsafe faulty design .

1 ) they lies control doctor rank Christian at fountain valley hospital lies injection me extremely powerful they tried to killed my brain became real mental health they failed .

2 ) they lies sent me to UCI abused me and beat me up until I black out for 14 hrs they damaged to my head I have another pain all over my head .

3) they poison me at Kaiser medical group I almost dies .

4) they control police santa ana jailed beat me up horrible wrong , those police orange county very seriously crime and criminal .

Please read all my profile I will be explain more information how big corporation they did horrible wrong to me , I sent a lot letter to state and federal GOV I asked for help stop corporation following me everywhere abusing me nobody help me ( I went to Huntington beach pier ) I demonstration I have many time those police came threaten me they said put me in jail , every time I see those police came and threaten me I asked them please help me I'm disability I did not doing anything wrong big corporation they keep following me everywhere abusing me over and over again never stop abusing me , those a very seriously crime and criminal , I said to those police I knew exactly healthcare system and google corporation and Toyota corporation they lies killing a lot American people including mental health crisis all over USA this happening not about me it about safety and right for all American people .

I said those police Huntington beach city I don't want they came threaten me , I want them help me telling to big corporation stop abusing me I'm a disability I did not doing anything wrong to them than I will be stop demonstration , they told me no they can not doing that , I told them if you can not telling to the big corporation abusing me I did not doing anything to them those a seriously crime and criminal . and do not came threaten me I demonstration very peacefully defend myself and I'm doing right protect me and all American people and worldwide human right we all must respect .

Police they give 2 ticket violation , and arrested me put me in jailed 3 hrs , and they make me lost my phone , those police orange county seriously doing wrong , what I did wrong to you ? you must respect the truth human right otherwise you destroy USA and worldwide more dangerous for everybody , again those police orange county seriously wrong and I respect the law all my information 100% truth .

HA SON TRAN
12 / 21 / 2021

Case 8:22-cv-02030-DOC-ADS  Document 1  Filed 11/07/22  Page 37 of 51  Page ID #:37

**Dr. Mary A. Tran Medical Clinic**
10741 Westminster Ave., Suite 100 • Garden Grove, CA 92843
Phone: (714) 537-9181 • Fax: (714) 537-9597

MARY A. TRAN, D.O.

DEA# BT 7628867
Lic. #20A6925

NAME _TRAN, HA_ DATE _7/08/22_

ADDRESS _To whom it may concern,_ DOB: _9/23/70_

R̲ Mr. Ha Tran has chronic pain syndrome
including Neck, thoracic, back pain and
headache. Patient also has cervical radiculopathy
with sciatica & polyneuropathy. Patient is
on Naproxen as needed for pain. Gabapentin
400mg Tabs every night for Neuropthy pain.

☐ LABEL ½ Voltaren gel for pain

REFILL_____ TIMES PRN NR

☐ DO NOT SUBSTITUTE
TO INSURE BRAND NAME DISPENSING,
CHECK AND INTITIAL BOX.

_____ M.D.

---

**MARY A. TRAN, D.O.**
*FAMILY PRACTICE*
10741 Westminster Avenue, Suite 100
Garden Grove, CA 92843
Phone: (714) 537-9181 • Fax: (714) 537-9597
DEA #BT7628867 • CA Lic. #20A6925

**LIST OF SECURITY FEATURES ON REVERSE SIDE**

Name _TRAN HA_ D.O.B. _9/23/70_

Address _____

Phone: _____  Sex ☐ M ☐ F

| | | |
|---|---|---|
| 1) Gabapentin 400mg Tabs #360 | Quantity: ☐ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 and over _____ units ☐ Do not substitute Refills: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 | |
| 2) Naproxyn 500 mg #30 BID PRN | Quantity: ☐ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 and over _____ units ☐ Do not substitute Refills: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 | |
| 3) Voltaren gel PRN #200g | Quantity: ☐ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 and over _____ units ☐ Do not substitute Refills: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 | |

Lot 21-62954  No. 1200  Presstime 888-4RX-PAD

Dr. _____  Date _2/28/22_

Serial # PAY026A20200

**SP 51**  Prescription is void if the number of drugs prescribed is not noted. ☐ 1 ☐ 2 ☐ 3



RECEIVED

PUBLIC DEFENDER

The corporation They control ALL
doctor ABused Me and They poism me
at KAISER PERMANENTE AT city GADEN GROVE california
they diagnoslic Me (palpitalions) Heart attack.

# AFTER VISIT SUMMARY



**KAISER PERMANENTE.**

Ha S. Tran  MRN: 000017749676

📅 12/6/2019  9:00 AM   📍 URGENT CARE SERVICES

---

## Instructions from LESTER TZU-HSIANG CHENG MD, M.D.

Your personalized instructions can be found at the end of this document.

---

## What's Next

You currently have no upcoming appointments scheduled.

## **Medications**

### NEW Medications

Gabapentin (NEURONTIN) 400 mg Oral Cap

### Visit Medication List

Patient reported, restarted, and new medications relevant to this visit. This may not reflect all medications the patient is taking.

| | Dosage |
|---|---|
| Gabapentin (NEURONTIN) 400 mg Oral Cap **(Taking)** | Take 2 capsules by mouth daily at bedtime |
| Gabapentin (NEURONTIN) 100 mg Oral Cap **(Taking)** | TAKE 1 CAPSULE BY MOUTH EVERY NIGHT AT BEDTIME (TO ADD TO 400 MG) |
| Ketotifen (ALAWAY) 0.025 % (0.035 %) Opht Drop **(Taking)** | INSTILL 1 DROP IN AFFECTED EYE(S) BID PRN ITCHY EYES |
| Meloxicam (MOBIC) 15 mg Oral Tab **(Taking)** | Take 1 tablet by mouth daily as needed for pain or inflammation . Take with food |
| Diclofenac Sodium (VOLTAREN) 1 % Top Gel **(Taking)** | Apply to affected area(s) 2 times a day as needed for pain |
| SUMAtriptan (IMITREX) 50 mg Oral Tab **(Taking)** | Take 1 tablet by mouth at onset of migraine headache. May repeat 1 time after 2 hours if migraine is not relieved. Do not exceed 4 tablets in 24 hours |



**Today's Visit**

You saw LESTER TZU-HSIANG CHENG MD, M.D. on Friday December 6, 2019. The following issues were addressed:

- HEADACHE, CHRONIC DAILY
- CHRONIC THORACIC PAIN
- CHRONIC LOW BACK PAIN GREATER THAN 3 MONTHS
- CHRONIC NECK PAIN GREATER THAN 3 MONTHS
- PALPITATIONS

| | |
|---|---|
| Blood Pressure **109/73** | BMI **29.52** |
| Weight **171 lb 15.3 oz** | Height **5' 4"** |
| Temperature (Temporal) **98.5 °F** | Pulse **77** |
| Oxygen Saturation **98%** | |

## kp.org Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https:// healthy.kaiserpermanente.org/hconline/ ie/**, click "**Sign Up Now**", and enter your personal activation code: FWWNM-HFK98. Activation code expires 3/1/2020.

---

CORPORATION They control police Fountain Valley city
They lie sent me into UCI mental Hospital
and They lie beat me until I Blackout For 14 HRS

**ANTHEM CONNECT PLUS (HMO)**
12900 Park Plaza Drive
Cerritos, CA 90703

I have SEVERE chronic pain They lies Treat Me TERRABLE wrong. They Treat me mentAL Health That ssinly For Them harrassing Me, and abused me. They sent me into UCI MentAL Hospital 4 people abused Me amd beat Me up unTil I Black out Thet can't beat up disabillity all about lies

**AUTHORIZATION REQUEST APPROVAL**

June 14, 2019

Beneficiary's Name, Address & DOB:
HA S TRAN
4608 W 5th St
Santa Ana, CA 92703
09/23/1970
714-884-1361
Beneficiary ID Number:
392M97285
Health Plan Name:
ANTHEM STARTSMART PLUS (HMO)
Primary Care Physician:
YOUSEF W IREIFEJ MD
Requesting Provider:
ANAHEIM ADVANCED IMAGING
Effective:
06/14/2019 to 06/13/2020
Authorization No:
191650799

Dear JOHN CHEN MD:

The following medical services requested by JOHN CHEN MD have been approved:

| Number of Services | CPT |
|---|---|
| 1 | 70551 |

Diagnoses:     R51 Headache

**Note:** ?CC: chronic pain HPI: PCP: Patient states Roger Wang MD Patient is now complaining of severe headache with a pressure sensation. He believes he was traumatized at UCI. He has had imaging tests at Orange Coast Memorial but we do not have access to their records. Comments:He continues to wear a heavily insulated hat and sunglasses to protect himself from pain. He is using a front wheeled walker 2nd to pain. Otherwise his coordination and strength testing are unremarkable.

The services should be provided by ANAHEIM ADVANCED IMAGING no later than06/13/2020.

*PROVIDER INFORMATION:*
ANAHEIM ADVANCED IMAGING
FREE STANDING RADIOLOGY
947 S ANAHEIM BLVD STE 130
ANAHEIM, CA 92805
714-784-1643

Please note that the Expiration Date is the last date on which this Authorization can be used. After this

CORPORATION They CONTROL google corporation
Followed Me all OVER U.S.A, They CONTROL all doCToks
computER Threatening me and they FORCE people workFor
AT&T damaged To My Iphone From day 1
I sue Them I got My money back.





Tuesday · Apr 12, 2022 · 6:25 PM          Adjust

IMG_0183

Apple iPhone 13 Pro           

Wide Camera — 26 mm ƒ1.5
12 MP · 3024 × 4032 · 1.4 MB

ISO 50          26 mm          0 ev          ƒ1.5          1/203 s



Garden
Grove

                              Edit          



**AT&T**

PO BOX 77159
St Louis, MO 63177

Check Issued Date:                    04/04/2022

Check Number:                    3324455947

001583/001583/001602 004 01 VC10SB
HA SON TRAN
4413 OAKFIELD AVE
SANTA ANA CA 92703-1635

Pay to:
HA SON TRAN
4413 W OAKFIELD AVENUE

Supplier Number:                    17890760

APCHK

---

**AT&T Accounts Payable Contacts:**          Website: http://paymentstatus.att.com          Telephone: (888) 722-1787 Speak "Accounts Payable"

---

INV   30-2022-01240964-SC-          03/15/2022     $1,933.86
PAYMENT OF JUDGMENT ENTERED AGAINST NEW CINGULAR WIRELESS PCS LLC RE HA SON TRAN VS. NEW CINGULAR
WIRELESS PCS LLC DBA AT&T MOBILITY; ORANGE COUNTY SUPERIOR COURT CASE NO. 30-2022-01240964-SC-SC-CJC.



TRA1-D-001583/001602 VC10SB S1-ET-M1-C00001

---

**THE FACE OF THIS CHECK HAS A BLUE-GRAY SECURITY BACKGROUND**

 **AT&T**

50-937/213                    3324455947

JPMorgan Chase Bank, N.A.
Syracuse, NY

04/04/2022

**CHECK AMOUNT**

ONE THOUSAND NINE HUNDRED THIRTY-THREE AND 86/100          $1,933.86          Security features
Included.
Details on back.

PAY      HA SON TRAN
TO THE   4413 W OAKFIELD AVENUE
ORDER OF SANTA ANA CA 92703

BY                    _[signature]_

AUTHORIZED SIGNATURE          MP

**VOID IF NOT CASHED WITHIN 180 DAYS**

⑈3324455947⑈ ⑈021309379⑈ 6301545434509⑈

FEDERAL RESERVE BANK REGULATION CC

Security features on this document include:
· A Micro-Print signature line
· A background pattern that will appear white if altered
· Three blue Origin-U Document watermarks on the back

Absence of any of these features may indicate alteration or counterfeiting.
®Padlock design is a certification mark of Check Payment Systems Association

ENDORSE HERE

X

DO NOT SIGN/WRITE/STAMP BELOW THIS LINE
"FOR FINANCIAL INSTITUTION USAGE ONLY"

 **AT&T**

**Diana Vasquez**    AT&T Services, Inc.        T: 310.964.1050
*Assistant*                2260 E. Imperial Hwy.    F: 310.964.0843
*Legal Department*    LA5 - 03
                            El Segundo, CA  90245

<u>**DELIVERED VIA FEDERAL EXPRESS**</u>

April 7, 2022

Ha Son Tran
4413 W. Oakfield Avenue
Santa Ana, CA 92703

  Re: <u>Ha Son Tran vs. New Cingular Wireless PCS LLC dba AT&T Mobility</u>
    Case No. 30-2022-01240964-SC-SC-CJC

Dear Mr. Tran:

Enclosed in connection with the above-referenced matter is a check in the amount of
$1933.86 pursuant to the Notice of Entry of Judgment dated March 15, 2022.

Also enclosed for your signature the Acknowledgment of Satisfaction of Judgment.  Please
sign and date the Acknowledgment and return to me in the enclosed self-addressed postage
paid envelope that has been provided for your convenience.  I will file the Acknowledgement
with the Court and will send you a conformed copy.

Thank you for your courtesy and cooperation.

Sincerely,

Diana Vasquez
Assistant to Gleam Davis

/dv
Enclosures

**SC-290**    **Acknowledgment of**
**Satisfaction of Judgment**

See instructions on other side.

To the court clerk:

(1) My name is: Ha Son Tran

Mailing address: 4413 W. Oakland Avenue

Santa Ana, CA 92703

Phone: 657-263-1392

(2) I am the *(check one)*:

a. ☑ Judgment creditor.

b. ☐ Assignee of record.

(3) I acknowledge that the judgment owed to *(name)*: Ha Son Tran

was paid or otherwise satisfied on *(date)*: April _____, 2022
as follows *(check and complete one)*:

a. ☑ The judgment has been fully paid or satisfied as to all judgment debtors.

b. ☐ The judgment has been fully paid or satisfied as to these judgment debtors only *(names and addresses of judgment debtors who have fully paid or satisfied judgment)*:

| | Clerk stamps here when form is filed. |
|---|---|

Fill in the court name and street address:

**Superior Court of California, County of**
**Orange**
**Central Justice Center**
**700 W. Civic Center Drive**
**Santa Ana, CA 92701**

Fill in your case number and case name:

**Case Number:**
30-2022-01240964-SC-SC-CJC
**Case Name:**

**Ha Son Tran vs. New Cingular**

(1) Name: _____

Mailing address: _____

street                    city                    state          zip

(2) Name: _____

Mailing address: _____

street                    city                    state          zip

(3) Name: _____

Mailing address: _____

street                    city                    state          zip

(4) Name: _____

Mailing address: _____

street                    city                    state          zip

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: April _____, 2022

Ha Son Tran                                        ►    _____

Type or print your name                                    Judgment creditor or assignee signs here

Judicial Council of California, www.courtinfo.ca.gov    **Acknowledgment of Satisfaction of Judgment**    **SC-290**
New July 1, 2010, Optional Form
Code of Civil Procedure, § 116.850                        (Small Claims)

I have iphone apple & google corporation They blocked That phone Frome spring company.

I went to ATAT broughtt another iphone apples 11 google corporation They called To ATAT program and Blocke my Iphone 11 Frome day 1 They won't let me return This phone.



RESTOCKING fee $55⁰⁰
14 days

## at&t

HARBOR GROVE
13102 HARBOR BLVD, US - AT&T Store
GARDEN GROVE, CA 92843
(714) 537-7953
Store No. A0XU
OM Tablet No. 9

Customer:
HA SON T
137154992011PAC (T)

ADVANCE PAYMENT                    0.00
Customer:
HA SON T
657-397-9942
7007B   TRADE IN CREDIT            0.00
        Trade-In Quote ID: 2001272000311
9
Amount Tendered from Separate
Trade In Transaction
ADVANCE PAYMENT                    0.00
6143C   PHO APL IPHN 11PM 64GB    1099.99
FINANCED: $219.99
DOWN PAYMENT: $880.00
INSTALLMENTS: 30X$7.34
  ADDED PROMOS:
Trade In-$500 Credit AAL 0120b
Add a New line of service on an unlimite
d rate plan and with an eligible trade-i
n to receive $500 off a new smartphone.

e Trade-i

C

wer On and Off?

ck turned off? i.e.g. Find N

oning correctly and intact,

vise free of breaks or crack

al Number

number

Add a line purchas

ligations. By participating in the A T
/COLLECTIVELY AT&T. ITS
E-IN AS PART OF THIS TRAD
CUMSTANCES SHALL WE BE
ND WILL BE UNRECOVERABL
FULLY PAID OFF DEVICES.S
balance is paid.
EFORE SENDING IN YOUR DEV
S, VIDEOS, WEB BROWSING
A CARD AND MEMORY CARD
IDENTIAL AND/OR SENSITI

SOCIAL SECURITY ADMINISTRATION

Date: January 23, 2020
BNC#: 20BC264K37291
REF: A ,DS


HA SON TRAN
4413 W OAKFIELD AVE
SANTA ANA CA 92703-1635


You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.


Information About Current Social Security Benefits

Beginning December 2019, the full monthly
Social Security benefit before any deductions is......$ 2024.50

We deduct $124.60 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 1899.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.


Information About Supplemental Security Income Payments

Beginning August 2017, the current
Supplemental Security Income payment is...............$ 0.00

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning July 2018.

Medicare Information

You are entitled to hospital insurance under Medicare beginning August 2013.

You are entitled to medical insurance under Medicare beginning July 2016.

Your Medicare number is 8Y31-K82-VH08. You may use this number to get medical services while waiting for your Medicare card.

24

M7

# Social Security Administration
# Retirement, Survivors, and Disability Insurance
Notice of Award

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: June 17, 2017
Claim Number: 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 HA

0001689 00009484    2 MB  0.423 0612MACTR7PI T41 P8
HA SON TRAN
4608 W 5TH STREET
SANTA ANA CA  92703-3168

We are writing to let you know that you are entitled to monthly
disability benefits from Social Security beginning August 2011.

## Your Benefits

The following chart shows your benefit amount(s) before any
deductions or rounding.  The amount you actually receive may
differ from your full benefit amount.  When we figure how much
to pay you, we must deduct certain amounts, such as Medicare
premiums and worker's compensation offset.  We must also round
down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| August 2011 | $ 1,742.00 | Entitlement began |
| December 2011 | $ 1,805.20 | Cost of living adjustment |
| December 2012 | $ 1,835.80 | Cost of living adjustment |
| December 2013 | $ 1,863.30 | Cost of living adjustment |
| December 2014 | $ 1,894.90 | Cost of living adjustment |
| December 2016 | $ 1,900.50 | Cost of living adjustment |

## What We Will Pay

* Your first check is for $1,900.00.

* This is the money you are due through June 2017.

* After that, you will receive $1,900.00 on or about the
  fourth Wednesday of each month.

* The day of the month you receive your payments depends on
  your date of birth.

SEE NEXT PAGE

25