NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

HA SON TRAN
4413 W OAKFIELD AVE
SANTA-ANA CA 92703
657-263-1392

NOW IN PRO PER

ATTORNEY(S) FOR:

FILED
2022 NOV -7 AM 10: 34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EEE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Plaintiff(s),
① HA SON TRAN
② ALL U.S.A VETERANS
③ ALL AMERICAN people

v.

Defendant(s)
① MR. FORMER PRESIDENT Donald TRUMP
② big worldwide corporation corrupt system

CASE NUMBER:
8:22-CV-02030-DOC-ADSx

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ① HA SON TRAN | |
| ② ALL U.S.A VETERANS | |
| ③ ALL AMERICAN People | |

① MR FORMER PRESIDENT Donald TRUMP
② WORLDWIDE CORPORATION CORRUPT SYSTEM
MR Donald TRUMP lie support worldwide corporation corrupt system They lie killing alot more and more VETERANS and U.S Military and all american people This is The WORST History ever in This country MR Donald Trump MUST be Stop This seriously crime against all Human Right.

11/07/2022
Date

_____ HA SON TRAN 100% all True.
Signature

Attorney of record for (or name of party appearing in pro per):

_____

CV-30 (05/13)         NOTICE OF INTERESTED PARTIES