AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

① HA SON TRAN
② ALL U.S.A VETERANS
③ ALL AMERIcan people

_____
Plaintiff(s)

v.

① MR: FORMER PRESIDENT Donald TRUMP
② WORLWIDE CORPORATION CORRUPT SYSTEM
_____
Defendant(s) (SEE attachment)

Civil Action No.

8:22-CV-02030-DOC-ADSx

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MR: FORMER PRESIdent Donald TRUMP
1100 South Ocean Boulevard
Palm Beach Florida 33480
561-832-2600

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/7/22

_____
Signature of Clerk or Deputy Clerk    1256

ERICK ESTRADA

1  Name: HA SON TRAN
2  Address: 4413 W OAKField AVE
3  SANTA-ANA CA 92703
4  Phone: 657-263-1392
5  Fax: _____
6  In Pro Per ✓

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

① HA SON TRAN
② ALL U.S.A VETERANS
③ ALL AMERICAN people   Plaintiff

v.

① MR: FORMER PRESIDENT Donald TRump
② WORLDWIDE CORPORATION CORRUPT SYSTEM.   Defendant(s).

① google CORPORATION
② HEALTHCARE SYSTEM + Health insurance CORPORATION
③ TOYOTA CORPORATION

CASE NUMBER:

MR: FORMER PRESIDENT Donald TRump Support WORLDWIDE CORPORATION and They support you and They control you lie Killing a lot more and MORE VETERANS and MORE dangerous you lie To Killing all american people, also you lie Killing american people mental Health CRISES all OVER U.S.A 95% mostly wrong blood money.

MR: FORMER PRESIDENT Donald TRump in This case you also doing damaged To ALL Human Right all around The WORLD.

MR: FORMER PRESIDENT Donald TRump in This case you very seriously CRIME and CRIMINAL TO ALL Human Rights, We all won't you MUST BE STOP continuing lie Run FOR PRESIDENT again, and you MUST STOP Talking about all political more dangerous FOR all Human Right.

MR: Donald TRump seriously CRIME against TRuth love OF God give To ALL Human Right, and God choose Me To STOP MR DONALD TRump continuing doing This CRIME against ALL Human Rights.

in This case 100% nobody can not doing This Job, me Too, God control ME but we all Standing Together with This case Fighting FOR The TRuth To Protect all AmeRican People and worldwide Human being Right and safely.

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: