JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA 22-cv-02030-DOC-ADS                                       Date:  December 13, 2022

Title: HA SON TRAN ET AL V. MR. FORMER PRESIDENT DONALD TRUMP ET AL

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER DISMISSING CASE SUA SPONTE**

Plaintiff brings this action against Former President Donald Trump and "Worldwide Corporation Corrupt System." ("Compl.") (Dkt. 1). For reasons set forth below, the Court *sua sponte* DISMISSES this action WITHOUT PREJUDICE.

As set forth in the pleading page, Plaintiff alleges that "Former President Donald Trump Support Worldwide Corporation" "control you lie killing a lot more and more veterans and more dangerous you lie to killing all American people, also you lie killing American people . . . ." Compl. at 1. Plaintiff also alleges that Former President Donald Trump is "doing damaged to all human right around the world." *Id.* Plaintiff attaches his certificate of naturalization in the second page of the Complaint. *See id.* at 2.  The third page of Plaintiff's Complaint appears to be a personal letter by Plaintiff to "Mr. former president Donald Trump." *Id.* at 3. In that letter, Plaintiff recites the number of times he has protested against Mr. Trump and reiterate broad allegations about Mr. Trump lying to the American people, causing the mental health and homeless crises, and killing all American people. *Id.*

Among Plaintiff's allegations are that "big worldwide corporation corrupt system" "give[s] mental medication [that] isn't needed to American people and they forced American people take 3 times a day," "injected extremely powerful to control all American people," "give[s] pain killer medication too much and too long for American people." *Id.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

SA 22-cv-02030-DOC-ADS                                         Date: December 13, 2022
                                                                              Page 2

      To the extent the Court can discern, Plaintiff's claims are based on fanciful factual allegations and lack any legal basis. *Neitzke v. Williams*, 490 U.S. 319, 327 – 28 5 (1989) (a court may dismiss a complaint as frivolous if it is "based on an indisputably meritless legal theory" or a "clearly baseless" or "fantastic or delusional" factual scenario); *see also McKeever v. Block*, 932 F.2d 795, 798 (9th Cir. 1991) (a "complaint could properly be dismissed *sua sponte* and before the filing of responsive pleadings only if it were frivolous").

      Because Plaintiff's allegations are legally baseless and factually frivolous, the Court DISMISSES Plaintiff's Complaint WITHOUT PREJUDICE.

MINUTES FORM 11                                                Initials of Deputy Clerk: kdu

CIVIL-GEN